RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 12 / 12 / 05
BY Dm

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **JACK LINCOLN** | * | **CIVIL ACTION NO. 03-2018** |
| Versus | * | **JUDGE STAGG** |
| **CADDO CORRECTIONAL INS, ET AL** | * | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment (Doc. #18) is hereby **GRANTED,** and this matter dismissed with prejudice..

THUS DONE AND SIGNED this 9th day of December, 2005, in Shreveport, Louisiana.

Tom Stagg
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION